# Exhibit A

**VIRGINIA:**

FILED
CIVIL INTAKE
2024 APR 15 P 2: 0
CHRISTOPHER J. FALCON
CLERK, CIRCUIT COURT
FAIRFAX, VA

**IN THE CIRCUIT COURT OF FAIRFAX COUNTY**

Plaintiff:   Wilson Ochar                CL **2024 05466**

Defendant: Apple Federal Credit Union

9701 Main St Fairfax, VA 22031

Complaint:

!. Mortgage denial & discrimination

2.The facts are we do qualify for a FHA loan and conventional mortgage loan upon checking the FHA guidelines and Freddie Mac and Fannie Mae website. Loan officer submitted a false credit report and credit scores and as a result she denied us an opportunity to own a home which is against the Fair lending act.

3. My wife and I would like fair compensation for this housing discrimination from Apple Federal Credit Union.

A COPY TESTE:
CHRISTOPHER J. FALCON, CLERK
BY: _____
        Deputy Clerk
Date: 5 / 3 / 2024
Original retained in the office of
the Clerk of the Circuit Court of
Fairfax County, Virginia

Wilson Ochar
928 Manor Rd Apt 202
Alexandria, VA
22305.

Consumer Financial Protection Bureau
PO Box 27170
Washington, DC
20038.

Dear Sir/Madam,

RE: Wilson Ochar V Apple Federal Credit Union - Mortgage Application Complaint Against Apple FCU

I would like to humbly submit my complaint against Apple Federal Credit Union for mortgage application denial. I believe my application was not properly reviewed by the underwriting team or it was never submitted to the underwriters at all. I believe the Loan Officer, Zhenni Wu NMLS ID #910371, did not follow the full application process with my application or she never submitted my application to the underwriters to review my application. Instead she chose to take a shortcut by sending a rejection letter from her own mortgage application assessment tool. I applied for a mortgage pre-approval of 500,000$ through their website and I have been in contact with the Loan Officer since December 2022. In an email conversation with Loan Officer Zhenni dated 12/19/2022, she looked at our pre approval application

together with my wife and stated "Your debt to income ratio held up well with this home, however a large down payment of at least 10% is needed. With that down payment and closing cost, we are looking at roughly $40,000+. If you have these funds, please provide statements to support it and we can potentially move forward." This discouraged us from continuing with the application in 2022 and so we decided to try again the following year.

This year we decided to try again and so I contacted her again to see if we can get a pre approval from her financial institution, but even this year she didn't seem interested in sending our application for pre approval. This is what she had to say in her email reply.

> "Hi Willie,
>
> Thank you so much for taking the time to explain this to me. It breaks my heart because I wish I am the one that can make decisions around here and make your dreams come true. I have tried different scenarios here trying to make this work, even working in a 20% down payment but we are still not getting an underwriting approval. Even though a lot of these delinquencies are from the past but it is still harming your credit, sometimes it takes 7-10 years for it to drop off. I remember from our conversation earlier that you do not understand why credit cards are suggested to you and I would like to tell you the importance of it. Having 1 or 2 credit cards is a way for you to communicate with the credit bureaus, if you use it and make on time payment...your credit score will improve. This can be pretty drastic. I recommend that you apply for 1 or 2 credit cards to get on a road of recovery. Make sure to pay on time and do not max it out every month, keep it at 30% below the line of credit. I would love for you to check back at 4-6 months once you begin using credit cards again. Please do not get discouraged. This is just the first step! You applied and I'm here to help prepare you for a future home. I know we will get there soon!

She sent me this reply after I had tried to explain that my income decrease from 2022 to 2023 was as a result of being a homemaker. My household income for 2023 as per the recent tax return I have filed is 66903$ and my income alone from my self employed business is about 33,000$ but I project our household income to be 100,000$ this year since my wife and I are now back to work to our normal hours. For our 2022 household income was 144672$ and our income decreased because we were homemakers between 2022 and 2023. I had to reduce my work hours and come back home to look after my expectant wife at that time and our two newborn babies when they arrived. Now that our kids are going to daycare I am able to get more time to go to work and also my wife is also back to work hence my projection that we will make at least 100,000$ this year. Even with the decreased income, if you do the average income of my household for the last two years it will bring 105787$ total that is 144672 + 66903 = 211575 / 2 = 105787$. Therefore we believe that we are qualified for a mortgage from any lender who is using FHA guidelines to pre qualify applicants for a mortgage based on this amount of income.

According to FHA website the credit score requirements to get a mortgage loan are as follows:

- FICO® score at least 580 = 3.5% down payment.
- FICO® score between 500 and 579 = 10% down payment.

- MIP (Mortgage Insurance Premium ) is required.
- Debt-to-Income Ratio < 43%.
- The home must be the borrower's primary residence.
- Borrowers must have steady income and proof of employment.

Website reference https://www.fha.com/fha_loan_requirements

For income requirements from the borrower it clearly says there's no income requirement. Just to quote their website

"When it comes to income limitations and requirements for FHA home loans, there is no minimum or maximum.

When it comes to the "minimum" amount the applicant must earn, FHA loan regulations focus more on the borrower's ability to afford the mortgage loan. Your debt-to-income ratio, repayment history on financial obligations, job and income verification and other factors are paid close attention to, the dollar amount of the gross income earned is not as important as the amount of money left over from that income once your monthly bills have been paid."

Website reference https://www.fha.com/fha_article?id=571

As for the Lending Limits for FHA Loans the website states the following:

"Also, for 2024, the FHA ceiling was set at $1,149,825 for single-family home loans. This represents the highest amount that a borrower can get through the FHA loan program. It applies to high-cost areas in the United States and is illustrated in the table below.
FHA Limits (high cost areas)

| Single | Duplex | Triplex | Four-plex |
|---|---|---|---|
| $1,149,825 | $1,472,250 | $1,779,525 | $2,211,600 |

Therefore after reviewing the federal guidelines provided by FHA I believe I do qualify for a mortgage from all the mortgage lenders and so does my wife. When Mrs Zhenni Wu refused to submit my mortgage application and cited my credit score to be the reason when the FHA website clearly says the minimum credit score required to get a loan is 580, it clearly shows there is a case of discrimination and wrongful denial of a mortgage. According to the Fair Housing Act (FHAct), which is title VIII of the Civil Rights Act of 1968, as amended (42 USC 3601 et seq.), makes it unlawful for any lender to discriminate in its housing-related lending activities against any person because of race, color, religion, national origin, sex, handicap, or familial status. Anyone who is in the business of providing housing-related loans is subject to the FHAct (as well as the Equal Credit Opportunity Act). In my case it seems Mrs Zhenni is discriminating against me based on my family status, that because I was a homemaker and had to work less hours to come back home to look after my family which led to my decrease in income, is the reason why my income and my credit score couldn't get us a loan.

https://www.federalreserve.gov/boarddocs/supmanual/cch/fair_lend_fhact.pdf

After I expressed my frustration to her, she forwarded the complaint to her manager and now her manager is saying they did a conventional loan application and not FHA. They are now saying they do not process FHA loans of which I find it hard to believe because they would have said so from the beginning and neither does their website say that they don't process FHA Loans and that all their loans are conventional loans. They keep shifting the goalpost of requirements to get a mortgage so as to discourage us from applying. At first Zhenni said we needed 10% downpayment in 2022 and now she said we needed 20% down payment in 2024 which is double the previous amount which is not anywhere near the FHA guideline recommendations. I asked for the guidelines they used to determine that I am not qualified for a conventional loan and the manager said,

> "We use Freddie Mac guidelines for our mortgage loans.
> https://guide.freddiemac.com/app/guide/section/4501.10
> I've also attached a fee estimate to share what 99% financing for a purchase of $500,000 would look like for estimated closing costs and monthly payment. Please keep in mind, the credit score is not the only factor for the denial decision. The debt-to-income (DTI) ratio is too high for approval at this time, and you are currently short of funds to close. For pre-approval requests, you need to have the total estimated funds due at closing currently available. For loan requests over 97% down, a minimum credit score of 700 is required. Freddie Mac does not offer loans over 97% financing. Your request is for 99% financing. Apple FCU does offer up to 100% financing on our 5/5 ARM product, however mortgage insurance is required when putting less than 20% down payment and a 700 credit score is required for mortgage insurance approval above 97% financing."

In my response, I have down payment assistance programs I can apply for to get assistance with down payment. They could have pre approved me and tell me how much time I have to raise the down payment, but they denied me the opportunity. Secondly I have about 2% down payment saved in my foreign bank account and between now and closing I would have raised the 1% or I would have used gifts from family and friends, but I couldn't because they denied me the opportunity to own a home Thirdly, it was loan officer Zhenni who told me over the phone that they also have 1% down payment options of which I said if that's available then I have the money ready saved up and all I had to do is to transfer it to my US account. Now all of a sudden the manager is bringing about our credit score, that we must have a 700 credit score to get the 1% down payment offer which is again shifting the goalpost to try and discourage us from applying for a mortgage. As for the debt to income ratio I only have a car payment of 475$ and personal loan of 185$ which is a total of 660$ a month. My credit report says my debt to income ratio is less than 8% and that it is great so I am not sure how they came to that conclusion. They believe I am illiterate and that they can say all these big vocabulary words to me and that it will convince me that I do not qualify for a mortgage. All these big words they used were just polite and euphemistic ways of saying they are discriminating against me based on my black race and moreover based on my family status which is very much against the law as per the fair lending act.

According to Freddie Mac Borrower Eligibility guidelines posted on their website, it only talks about the borrower's income exceeding the limit and nothing about minimum income or 700 credit score and 97% financing requirements.

> "Borrower income
> The Borrower's qualifying income converted to an annual basis must not exceed 100% of the Area Median Income for the location of the Mortgaged PremisesTo determine if the Borrower's income exceeds the income limits, the Seller must rely on the income used to qualify the Borrower. For Loan Product Advisor Mortgages, Loan Product Advisor will use the income used to qualify the Borrower that was submitted to determine the income eligibility of the Mortgage."

https://guide.freddiemac.com/app/guide/section/4302.4

Is my income alone and that of my wife combined exceeding the 100% area median for Alexandria City which is where I live and where I want to buy a home? According to the HUD User website the median income of a family size of 4 people is $71,150 and the household income for my family in 2023 was 66,903$ as per our tax return line 9 on form 1040 of the IRS. Therefore it is clear to me that me and my wife do qualify for a conventional mortgage based on our income. Nothing is mentioned about credit scores nor the debt to income ratio requirement like the way the FHA website clearly states. I believe the credit score and debt to income ratio requirements for conventional loans are about the same or not too far from the FHA Loan requirements I believe if proper investigation is done at this institution, it will show there are other customers from other races with credit scores less than 700 that have mortgages from Apple FCU therefore I don't seem to understand why I am being discriminated against.

https://www.huduser.gov/portal/datasets/il/il2022/2022sum_mtsp.odn

Please kindly help me file a report against Apple Federal Credit Union so that this pattern of behavior of discriminating minorities and people of color can come to an end. I can imagine how many other applicants have been denied mortgages through this oversight and misassessment from the loan officer. I have a feeling if an audit is conducted at their firm it will reveal all the affected borrowers and it won[t surprise me if all the victims will be people of color.

Please let me know what they say about this. Thank you very much.

Wilson Ochar
928 Manor Rd Apt 202
Alexandria, VA
22305
703-795-6182

Wilson.Ochaw@gmail.com.

Wilson Ochar
928 Manor Rd Apt 202
Alexandria, VA
22305.

Fairfax County General District Court,
4110 Chain Bridge Rd,
Fairfax, VA,
22030.

Dear Sir/Madam,

RE: Wilson Ochar V Apple Federal Credit Union - Mortgage Application Complaint Against Apple FCU

I would like to humbly submit my complaint against Apple Federal Credit Union for mortgage application denial. I believe my application was not properly reviewed by the underwriting team or it was never submitted to the underwriters at all. This could be because of my race or my family status. I believe the Loan Officer, Zhenni Wu NMLS ID #910371, did not follow the full application process with my application or she never submitted my application to the underwriters to review my application. Instead she chose to take a shortcut by sending a rejection letter from her own mortgage application assessment tool. I applied for a mortgage pre-approval of 500,000$ at first then I tried 350000$ through their website, but they never sent my application to the underwriters for proper review. I have been in contact with the Loan Officer since December 2022. In an email conversation with Loan Officer Zhenni dated 12/19/2022, she looked at our pre approval application together with my wife and stated "Your debt to income ratio held up well with this home, however a large down payment of at least 10% is needed. With that down payment and closing cost, we are looking at roughly $40,000+. If you have these funds, please provide statements to support it and we can potentially move forward." This discouraged us from continuing with the application in 2022 and so we decided to try again the following year.

This year we decided to try again and so I contacted her again to see if we can get a pre approval from her financial institution, but even this year she didn't seem interested in sending our application for pre approval to the underwriters. This is what she had to say in her email reply.

"Hi Willie,

Thank you so much for taking the time to explain this to me. It breaks my heart because I wish I am the one that can make decisions around here and make your dreams come true. I have tried different scenarios here trying to make this work, even working in a 20% down payment but we are still not getting an underwriting approval. Even though a lot of these delinquencies are from the past but it is still harming your credit, sometimes it takes 7-10 years for it to drop off. I remember from our conversation earlier that you do not understand why credit cards are suggested to you and I would like to tell you the importance of it. Having 1 or 2 credit cards is a way for you to communicate with the credit bureaus, if you use it and make on time payment…your credit score will improve. This can be pretty drastic. I recommend that you apply

for 1 or 2 credit cards to get on a road of recovery. Make sure to pay on time and do not max it out every month, keep it at 30% below the line of credit. I would love for you to check back at 4-6 months once you begin using credit cards again. Please do not get discouraged. This is just the first step! You applied and I'm here to help prepare you for a future home. I know we will get there soon!

She sent me this reply after I had tried to explain that my income decrease from 2022 to 2023 was as a result of being a homemaker. My household income for 2023 as per the recent tax return I have filed is 66903$ and my income alone from my self employed business is about 33,000$ but I project our household income to be 100,000$ this year since my wife and I are now back to work to our normal hours. For our 2022 household income was 144672$ and our income decreased because we were homemakers between 2022 and 2023. I had to reduce my work hours to come back home to look after my expectant wife at that time and our two newborn babies when they arrived. Now that our kids are going to daycare I am able to get more time to go to work and also my wife is also back to work hence my projection that we will make at least 100,000$ this year. Even with the decreased income, if you do the average income of my household for the last two years it will bring 105787$ total that is 144672 + 66903 = 211575 / 2 = 105787$. Therefore with the amount of rent we pay and our income, we believe that we are qualified for a mortgage from any lender who is using FHA guidelines to pre qualify applicants for a mortgage based on this amount of income.

According to FHA website the credit score requirements to get a mortgage loan are as follows:

- FICO® score at least 580 = 3.5% down payment.
- FICO® score between 500 and 579 = 10% down payment.
- MIP (Mortgage Insurance Premium ) is required.
- Debt-to-Income Ratio < 43%.
- The home must be the borrower's primary residence.
- Borrowers must have steady income and proof of employment.

Website reference https://www.fha.com/fha_loan_requirements

For income requirements from the borrower it clearly says there's no income requirement. Just to quote their website

"When it comes to income limitations and requirements for FHA home loans, there is no minimum or maximum.

When it comes to the "minimum" amount the applicant must earn, FHA loan regulations focus more on the borrower's ability to afford the mortgage loan. Your debt-to-income ratio, repayment history on financial obligations, job and income verification and other factors are paid close attention to, the dollar amount of the gross income earned is not as important as the amount of money left over from that income once your monthly bills have been paid."

Website reference https://www.fha.com/fha_article?id=571

As for the Lending Limits for FHA Loans the website states the following:

"Also, for 2024, the FHA ceiling was set at $1,149,825 for single-family home loans. This represents the highest amount that a borrower can get through the FHA loan program. It applies to high-cost areas in the United States and is illustrated in the table below.
FHA Limits (high cost areas)

| Single | Duplex | Triplex | Four-plex |
|--------|--------|---------|-----------|
| $1,149,825 | $1,472,250 | $1,779,525 | $2,211,600 |

Therefore after reviewing the federal guidelines provided by FHA I believe I do qualify for a mortgage from all the mortgage lenders and so does my wife. When Mrs Zhenni Wu refused to submit my mortgage application and cited my credit score to be the reason when the FHA website clearly says the minimum credit score required to get a loan is 580, it clearly shows there is a case of discrimination and wrongful denial of a mortgage. My credit is about 650 and for my wife it is 634 which they are both above the 580 score requirement by the FHA. According to the Fair Housing Act (FHAct), which is title VIII of the Civil Rights Act of 1968, as amended (42 USC 3601 et seq.), makes it unlawful for any lender to discriminate in its housing-related lending activities against any person because of race, color, religion, national origin, sex, handicap, or familial status. Anyone who is in the business of providing housing-related loans is subject to the FHAct (as well as the Equal Credit Opportunity Act). In my case it seems Mrs Zhenni is discriminating against me based on my family status, that because I was a homemaker and had to work less hours to come back home to look after my family which led to my decrease in income, is the reason why my income and my credit score couldn't get us a loan. Or could it be that she also discriminated against us based on our Black and African race?

https://www.federalreserve.gov/boarddocs/supmanual/cch/fair_lend_fhact.pdf

After I expressed my frustration to her, she forwarded the complaint to her manager and now her manager is saying they did a conventional loan application and not FHA. They are now saying they do not process FHA loans of which I find it hard to believe because they would have said so from the beginning and neither does their website say that they don't process FHA Loans and that all their loans are conventional loans. They keep shifting the goalpost of requirements to get a mortgage so as to discourage us from applying. At first Zhenni said we needed 10% downpayment in 2022 and now she said we needed 20% down payment in 2024 which is double the previous amount which is not anywhere near the FHA guideline recommendations. I asked for the guidelines they used to determine that I am not qualified for a conventional loan and the manager said,

> "We use Freddie Mac guidelines for our mortgage loans.
> https://guide.freddiemac.com/app/guide/section/4501.10
> I've also attached a fee estimate to share what 99% financing for a purchase of $500,000 would look like for estimated closing costs and monthly payment. Please keep in mind, the credit score is not the only factor for the denial decision. The debt-to-income (DTI) ratio is too high for

approval at this time, and you are currently short of funds to close. For pre-approval requests, you need to have the total estimated funds due at closing currently available. For loan requests over 97% down, a minimum credit score of 700 is required. Freddie Mac does not offer loans over 97% financing. Your request is for 99% financing. Apple FCU does offer up to 100% financing on our 5/5 ARM product, however mortgage insurance is required when putting less than 20% down payment and a 700 credit score is required for mortgage insurance approval above 97% financing."

In my response, I have down payment assistance programs I can apply for to get assistance with down payment. They could have pre approved me and tell me how much time I have to raise the down payment, but they denied me the opportunity. Secondly I have about 2% down payment saved in my foreign bank account and between now and closing I would have raised the 1% or I would have used gifts from family and friends, but I couldn't because they denied me the opportunity to own a home Thirdly, it was loan officer Zhenni who told me over the phone that they also have 1% down payment options of which I said if that's available then I have the money ready saved up and all I had to do is to transfer it to my US account. Now all of a sudden the manager is bringing about our credit score, that we must have a 700 credit score to get the 1% down payment offer which is again shifting the goalpost to try and discourage us from applying for a mortgage. As for the debt to income ratio I only have a car payment of 475$ and personal loan of 185$ which is a total of 660$ a month. My credit report says my debt to income ratio is less than 8% and that it is great so I am not sure how they came to that conclusion. They believe I am illiterate and that they can say all these big vocabulary words to me and that it will convince me that I do not qualify for a mortgage. All these big words they used were just polite and euphemistic ways of saying they are discriminating against me based on my black race and moreover based on my family status which is very much against the law as per the fair lending act.

According to Freddie Mac Borrower Eligibility guidelines posted on their website, it only talks about the borrower's income exceeding the limit and nothing about minimum income or 700 credit score and 97% financing requirements.

"Borrower income
The Borrower's qualifying income converted to an annual basis must not exceed 100% of the Area Median Income for the location of the Mortgaged PremisesTo determine if the Borrower's income exceeds the income limits, the Seller must rely on the income used to qualify the Borrower. For Loan Product Advisor Mortgages, Loan Product Advisor will use the income used to qualify the Borrower that was submitted to determine the income eligibility of the Mortgage."

https://guide.freddiemac.com/app/guide/section/4302,4

Is my income alone and that of my wife combined exceeding the 100% area median for Alexandria City which is where I live and where I want to buy a home? According to the HUD User website the median income of a family size of 4 people is $71,150 and the household income for my family in 2023 was 66,903$ as per our tax return line 9 on form 1040 of the IRS. Therefore it is clear to me that me and my wife do qualify for a conventional mortgage based on our income. Nothing is mentioned about credit scores nor the debt to income ratio requirement like the way the FHA website clearly states. I believe the

**STATEMENT OF CREDIT DENIAL, TERMINATION OR CHANGE**

Applicants: Wilson Okondo Ochar

Mailing Address: 928 Manor Rd Apt 202, ALEXANDRIA, VA 22305

Loan Amount: $ 495,000.00
Interest Rate: 6.500 %
Term: 360 months
Loan Number: 6000509809

Dear Applicant:

Thank you for your application for   a Conventional mortgage.

1. In compliance with Regulation "B" (Equal Credit Opportunity Act), you are advised that your recent application for an extension or renewal of credit has been declined. The decision to deny your application was based on the following reason(s):

- ☐ No Credit File
- ☐ Insufficient Number of Credit References
- ☐ Insufficient Credit File
- ☐ Unable to Verify Credit References
- ☐ Garnishment or Attachment
- ☐ Foreclosure or Repossession
- ☑ Excessive Obligations In Relation to Income
- ☑ Lack of Cash Reserves
- ☐ Delinquent Past or Present Credit Obligations with Others
- ☐ Bankruptcy
- ☐ Unable to Verify Employment
- ☐ Length of Employment
- ☐ Temporary or Irregular Employment
- ☐ Unable to Verify Income
- ☐ Temporary Residence
- ☐ Length of Residence
- ☐ Unable to Verify Residence
- ☐ Credit Application Incomplete
- ☐ Value or Type of Collateral not Sufficient
- ☐ Unacceptable Property
- ☐ Insufficient Data – Property
- ☐ Unacceptable Appraisal
- ☐ Unacceptable Leasehold Estate
- ☐ We do not grant credit to any applicant on the terms and conditions you requested
- ☐ File Closed For Incompleteness
- ☐ Withdrawn by Applicant
- ☐ Unacceptable Type of Credit References Provided
- ☐ Number of Recent Inquiries on Credit Bureau Report
- ☑ Income Insufficient for Amount of Credit Requested
- ☐ Limited Credit Experience
- ☐ Poor Credit Performance with Us
- ☐ Collection Action or Judgement
- ☐

2. Disclose of use of information obtained from an outside source. This selection should be completed if the credit decision was based in whole or in part on information that has been obtained from an outside source.

☑ Our credit decision was based in whole or in part on information obtained in a report from the consumer reporting agency listed below. You have the right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. The reporting agency played no part in our decision and is unable to supply specific reasons why we have denied credit to you. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you receive is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency.

Agency #1: Equifax, P.O. Box 740241, Atlanta, GA, 30374-0241, (800) 685-1111
Agency #2: TransUnion, 2 Baldwin Place, Chester, PA, 19022-1000, (800) 888-4213
Agency #3: Experian, 701 Experian Parkway, Allen, TX, 75013-0036, (888) 397-3742

We also obtained your credit score from this consumer reporting agency, Experian and used it in making our credit decision. Your credit score is a number that reflects the information in your credit report. Your credit score can change, depending on how the information in your credit report changes.

• Your credit score: 643
• Date: 3/18/2024
• Scores range from a low of 320 to a high of 844
• Key factors that adversely affected your credit score:

  SERIOUS DELINQUENCY

  NUMBER OF ACCOUNTS WITH DELINQUENCY

  LACK OF RECENT REVOLVING ACCOUNT INFORMATION

  LENGTH OF TIME ACCOUNTS HAVE BEEN ESTABLISHED

  THE NUMBER OF INQUIRIES ON THE CONSUMERS CREDIT FILE HAS ADVERSELY AFFECTED THE CREDIT SCORE

☐ Our credit decision was based in whole or in part on information obtained from an affiliate or from an outside source other than a consumer reporting agency. Under the Fair Credit Reporting Act, you have the right to make a written request, no later than 60 days after you receive this notice, for disclosure of the nature of this information. If you have any questions regarding this notice, you should contact:

☐ Additional Information:

The Federal Equal Credit Opportunity Act prohibits creditors from discrimination against credit applicants on the basis of race, color, religion, national origin, sex, marital status or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program, or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers compliance with this law concerning the creditor is:

NCUA, 1775 Duke Street, Alexandria, VA 22314

3. Should you have any additional information which might assist us in evaluating your creditworthiness, please let us know. Thank you for applying.

4. This notification is given by us on behalf of

Zhenni Wu NMLS# 910371
Apple Federal Credit Union NMLS# 462272
4097 Monument Corner Drive
Fairfax, VA 22030

Description of Account, Transaction or Requested Credit:  a Conventional mortgage.

Description of Action Taken: Denied

Notice Mailed On: 03/20/2024

Date Denied: 03/20/2024

Date Cancelled/Withdrawn:

By:  Gail Gardinier

Apple Federal Credit Union NMLS# 462270
4097 Monument Corner Drive, P.O. Box 1026
Fairfax  VA, 22030
(703) 788-4800

# Itemized Fee Worksheet

NMLS #: 910371                                    APR: 6.837%    Date: 03/22/2024

**Your actual rate, payment, and costs could be higher. Get an official Loan Estimate before choosing a loan.**

| Provided By: | Subject Property: | Borrower(s): |
|---|---|---|
| Apple Federal Credit Union | | Wilson Okondo Ochar |
| 4097 Monument Corner Drive, Fairfax, Virginia 22030 | Alexandria, Virginia 22305 | |
| Zhenni Wu  (703) 766-8863  zwu@applefcu.org | | |

| Loan Number:  6000509809 | Type of Loan:  Conv | Interest Rate:  6.500% | Base Loan Amount: | 495,000.00 |
|---|---|---|---|---|
| Loan Program:  5/5 ARM | Term:  360 | Sales Price:  500,000.00 | Total Loan Amount: | 495,000.00 |

## Estimated Closing Costs

| Items Payable In Connection w/ Loan | | | Additional Settlement Charges | | |
|---|---|---|---|---|---|
| Application Fee | $ | 700.00 | Local Mortgage Tax | $ | 412.34 |
| Appraisal Fee | $ | 645.00 | Local Transfer Tax | $ | 420.00 |
| Credit Report Fee | $ | 75.00 | Pest Inspection | $ | 75.00 |
| Data Verify Fee | $ | 67.00 | Property Survey | $ | 300.00 |
| Eclosing Fee | $ | 35.00 | Recording Fees - Deed | $ | 56.00 |
| Flood Certification Fee | $ | 14.00 | Recording Fees - Mortgage | $ | 76.00 |
| Processing Fee | $ | 300.00 | State Mortgage Tax | $ | 1,237.50 |
| Tax Service Fee | $ | 138.00 | State Transfer Tax | $ | 1,250.00 |
| Title - Binder Fee | $ | 150.00 | Title - Owner's Title Insurance (optional) | $ | 662.50 |
| Title - Courier Fee | $ | 50.00 | | $ | |
| Title - Examination Fee | $ | 195.00 | | $ | |
| Title - Insured Closing Letter | $ | 35.00 | | $ | |
| Title - Lender's Title Policy | $ | 1,387.50 | | $ | |
| Title - Review Fee | $ | 100.00 | | $ | |
| Title - Search Fee | $ | 200.00 | | $ | |
| Title - Settlement Fee | $ | 705.00 | | $ | |
| | $ | | | $ | |
| | $ | | | $ | |
| | $ | | | $ | |
| | $ | | | $ | |
| | $ | | | $ | |
| | $ | | | $ | |
| | $ | | | $ | |
| | $ | | | $ | |
| | $ | | | $ | |
| | $ | | | $ | |
| Total Charges | $ | 4,796.50 | TOTAL ESTIMATED CLOSING COSTS | $ | 9,285.84 |

## Estimated Reserves/Costs Paid in Advance

| Items required to be Paid in Advance | | | Reserves Deposited With Lender | | | | | |
|---|---|---|---|---|---|---|---|---|
| Daily Interest   1 Days @ $ 89.38 | $ | 89.38 | Flood Insurance | mths @ | $ | | $ | |
| Mortgage Insurance Premium | $ | | Homeowners Insurance | 2 mths @ | $ | 125.00 | $ | 250.00 |
| Homeowner's Insurance Premium | $ | 1,500.00 | Mortgage Insurance | mths @ | $ | 523.88 | $ | |
| | $ | | Property Taxes | 2 mths @ | $ | 460.00 | $ | 920.00 |
| | $ | | City Tax Escrow | mths @ | $ | | $ | |
| | $ | | County Taxes Escrow | mths @ | $ | | $ | |
| | $ | | | mths @ | $ | | $ | |
| | $ | | | mths @ | $ | | $ | |
| | $ | | | mths @ | $ | | $ | |
| | $ | | | mths @ | $ | | $ | |
| | | | Total Estimate Reserve/Costs Paid in Advance | | | | $ | 2,759.38 |

## Transaction Summary

| Total Estimated Monthly Payment | | | Total Estimated Cost | | |
|---|---|---|---|---|---|
| Principal and Interest | $ | 3,128.74 | Purchase Price/Payoff | $ | 500,000.00 |
| Hazard Insurance | $ | 125.00 | Estimated Closing Costs | $ | 9,285.84 |
| Real Estate Taxes | $ | 460.00 | Estimated Reserve/Prepaid Costs | $ | 2,759.38 |
| Mortgage Insurance | $ | 523.88 | Discount (Borrower Paid) | $ | 0.00 |
| Homeowner Assn Dues | $ | 100.00 | FHA UFMIP/VA Funding Fee | $ | 0.00 |
| | $ | | Closing Costs from 2nd Lien | $ | 0.00 |
| | $ | | Total Costs | $ | 512,045.22 |
| | $ | | Loan Amount | $ | 495,000.00 |
| | $ | | FHA UFMIP/VA Funding Fee Financed | $ | 0.00 |
| | $ | | First Mortgage | $ | 0.00 |
| TOTAL MONTHLY PAYMENT | $ | 4,337.62 | Second Mortgage (Subordinate Financing) | $ | 0.00 |
| Closing Costs Summary | | | Lender Paid / Premium Pricing | $ | 0.00 |
| Borrower Paid Closing Costs | $ | 9,285.84 | Seller Paid / Other Credits | $ | 0.00 |
| Total Non-Borrower Paid Closing Costs | $ | 0.00 | | $ | |
| Lender Credit / Premium Pricing | $ | 0.00 | Total Credits | $ | 495,000.00 |
| TOTAL CLOSING COSTS | $ | 9,285.84 | CASH FROM/TO BORROWER | $ | 17,045.22 |

# Itemized Fee Worksheet

NMLS #: 910371                                                          APR:          Date: 03/25/2024

**Your actual rate, payment, and costs could be higher. Get an official Loan Estimate before choosing a loan.**

| Provided By: | Subject Property: | Borrower(s): |
|---|---|---|
| Apple Federal Credit Union | | Wilson Okondo Ochar |
| 4097 Monument Corner Drive, Fairfax, Virginia 22030 | Alexandria, Virginia 22305 | |
| Zhenni Wu  (703) 766-8863  zwu@applefcu.org | | |

| Loan Number: 6000509809 | Type of Loan: Conv | Interest Rate: 6.500% | Base Loan Amount: | 339,500.00 |
|---|---|---|---|---|
| Loan Program: 5/5 ARM | Term: 360 | Sales Price: 350,000.00 | Total Loan Amount: | 339,500.00 |

## Estimated Closing Costs

| Items Payable in Connection w/ Loan | | | Additional Settlement Charges | | |
|---|---|---|---|---|---|
| Application Fee | $ | 700.00 | Local Mortgage Tax | $ | 283.00 |
| Appraisal Fee | $ | 645.00 | Local Transfer Tax | $ | 292.00 |
| Credit Report Fee | $ | 75.00 | Pest Inspection | $ | 75.00 |
| Data Verify Fee | $ | 67.00 | Property Survey | $ | 300.00 |
| Eclosing Fee | $ | 35.00 | Recording Fees - Deed | $ | 56.00 |
| Flood Certification Fee | $ | 14.00 | Recording Fees - Mortgage | $ | 76.00 |
| Processing Fee | $ | 300.00 | State Mortgage Tax | $ | 875.00 |
| Tax Service Fee | $ | 138.00 | State Transfer Tax | $ | 849.00 |
| Title - Binder Fee | $ | 150.00 | Title - Owner's Title Insurance (optional) | $ | 879.00 |
| Title - Courier Fee | $ | 50.00 | | $ | |
| Title - Examination Fee | $ | 175.00 | | $ | |
| Title - Insured Closing Letter | $ | 35.00 | | $ | |
| Title - Lender's Title Policy | $ | 1,019.00 | | $ | |
| Title - Settlement Fee | $ | 655.00 | | $ | |
| | $ | | | $ | |
| | $ | | | $ | |
| | $ | | | $ | |
| | $ | | | $ | |
| | $ | | | $ | |
| | $ | | | $ | |
| | $ | | | $ | |
| | $ | | | $ | |
| | $ | | | $ | |
| | $ | | | $ | |
| | $ | | | $ | |
| | $ | | | $ | |
| Total Charges | $ | 4,058.00 | **TOTAL ESTIMATED CLOSING COSTS** | $ | 7,743.00 |

## Estimated Reserves/Costs Paid in Advance

| Items required to be Paid in Advance | | | Reserves Deposited With Lender | | | | | |
|---|---|---|---|---|---|---|---|---|
| Daily Interest    1 Days @ $ 61.30 | $ | 61.30 | Flood Insurance | mths @ | $ | | $ | |
| Mortgage Insurance Premium | $ | | Homeowners Insurance | 2 mths @ | $ | 125.00 | $ | 250.00 |
| Homeowner's Insurance Premium | $ | 1,500.00 | Mortgage Insurance | mths @ | $ | 466.81 | $ | |
| | $ | | Property Taxes | 2 mths @ | $ | 460.00 | $ | 920.00 |
| | $ | | City Tax Escrow | mths @ | $ | | $ | |
| | $ | | County Taxes Escrow | mths @ | $ | | $ | |
| | $ | | | mths @ | $ | | $ | |
| | $ | | | mths @ | $ | | $ | |
| | $ | | | mths @ | $ | | $ | |
| | $ | | | mths @ | $ | | $ | |
| | | | **Total Estimate Reserve/Costs Paid in Advance** | | | | $ | 2,731.30 |

## Transaction Summary

| Total Estimated Monthly Payment | | | Total Estimated Cost | | |
|---|---|---|---|---|---|
| Principal and Interest | $ | 2,145.87 | Purchase Price/Payoff | $ | 350,000.00 |
| Hazard Insurance | $ | 125.00 | Estimated Closing Costs | $ | 7,743.00 |
| Real Estate Taxes | $ | 460.00 | Estimated Reserve/Prepaid Costs | $ | 2,731.30 |
| Mortgage Insurance | $ | 466.81 | Discount (Borrower Paid) | $ | 0.00 |
| Homeowner Assn Dues | $ | 100.00 | FHA UFMIP/VA Funding Fee | $ | 0.00 |
| | $ | | Closing Costs from 2nd Lien | $ | 0.00 |
| | $ | | Total Costs | $ | 360,474.30 |
| | $ | | Loan Amount | $ | 339,500.00 |
| | $ | | FHA UFMIP/VA Funding Fee Financed | $ | 0.00 |
| | $ | | First Mortgage | $ | 0.00 |
| **TOTAL MONTHLY PAYMENT** | $ | 3,297.68 | Second Mortgage (Subordinate Financing) | $ | 0.00 |
| Closing Costs Summary | | | Lender Paid / Premium Pricing | $ | 0.00 |
| Borrower Paid Closing Costs | $ | 7,743.00 | Seller Paid / Other Credits | $ | 0.00 |
| Total Non-Borrower Paid Closing Costs | $ | 0.00 | | | |
| Lender Credit / Premium Pricing | $ | 0.00 | Total Credits | $ | 339,500.00 |
| **TOTAL CLOSING COSTS** | $ | 7,743.00 | **CASH FROM/TO BORROWER** | $ | 20,974.30 |

4/4/24, 1:18 PM                                    Complaint Submitted

 An official website of the United States Government

**cfpb** Consumer Financial
Protection Bureau
(https://www.consumerfinance.gov/)

Submit a complaint / Complaint submitted

# You have successfully submitted your complaint!

A message has been sent to you with instructions on how to track
your complaint.

---

**ID FOR COMPLAINT SENT TO APPLE FEDERAL CREDIT UNION**

**240404-13841604**

Print a copy of this complaint (complaint-print?
sessionid=2338628565cef4027f8261895dcbf6257db3a73c06b6ac1053a80a27bb25baaab0868412ae7dda7a7088a416ae82d2f0e60db7d8c26

---

## What happens next

You should receive a response within 15 days of submitting your complaint. In some cases,
the company will need more time to respond. Once you receive a response, you'll be asked
to provide feedback on the company's response.

## Checking the status of your complaint

You can log in to your consumer portal account at any time to see the status of the
complaint and the company response. If you did not provide an email address as part of
your complaint submission, you can contact us at (855) 411-2372 to check on the status of
the complaint.

Submitted this complaint on behalf of someone else?

Only the primary person on the complaint will be able to log in to their account to see the
status of their complaint or provide feedback on the company's response. If you submitted
this complaint on behalf of someone else or were named in the complaint as an additional
person, you will need to call us at (855) 411-2372 to ask questions or receive status updates.

Already activated your account?

Visit the complaint portal (/consumer/s/) to check the status.

Don't have an account?

You should receive an email with instructions on how to complete the setup of your account.
If you do not receive this email, please contact our helpdesk at (855) 411-2372.

Once the account setup is complete, you can log in to your account (/consumer/s/) at any
time to see the status of the complaint and the company response.

4/4/24, 1:18 PM                                                    Complaint Submitted

## Read other people's experiences in their own words

We publish complaint data (without any personal or identifiable information) in our
Consumer Complaint Database. This helps consumers learn from other people's
experiences and see how companies have responded to past complaints.

Visit the Consumer Complaint Database (http://www.consumerfinance.gov/data-
research/consumer-complaints/)

## Get answers to financial questions

Explore our online tool to find clear, unbiased answers to all kinds of financial questions,
including information about mortgages, student loans, credit cards, payday loans, and
more.

Find answers to common financial questions (http://www.consumerfinance.gov/askcfpb/)

## About us

We're the Consumer Financial Protection Bureau (CFPB), a U.S. government agency that makes sure banks, lenders, and other financial
companies treat you fairly.

Learn how the CFPB can help you (https://www.consumerfinance.gov/about-us/the-bureau/)

**HAVE A QUESTION? ¿PREGUNTAS?**

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday - Friday (except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-
holidays/#url=Overview)

More than 180 languages available.

Privacy Act Statement
OMB #3170-0011
Note on user experience

> Have a question? ¿Preguntas?
>
> (855) 411-2372
>
> TTY/TTD: (855) 729-2372
>
> 8 a.m. to 8 p.m. ET, Monday through Friday
> (except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)
>
> More than 180 languages available.

4/4/24, 2:06 PM                                    Cases: Home - NCUA Consumer Assistance Center

**NCUA Consumer Assistance Center**                    Search...          Search      WILSON OCHAR

Knowledge      Contacts    Cases

Create New...                    Cases
                                 # Home
Recent Items

00231056                         Select the cases you want to view from the dropdown.

                                 View:  | All Cases          ▼ |  | Go! |

                                 _____

                                 **Recent Cases**          | Create New Case |        | Recently Viewed ▼ |

                                 Case Number    Subject                      Date/Time Opened      Priority
                                 00231056       Consumer Complaint - Ochar Wilson    4/4/2024 5:59 PM      Medium

Copyright © 2000-2024 salesforce.com, inc. All rights reserved. | Privacy Statement | Security Statement | Terms of Use

3/24/24, 4:59 PM                          Your Credit Health | Credit Karma

View report from

Mar 24, 2024 ⌄

# WILSON OCHAR

**654**
Calculated using VantageScore 3.0
Provided by Equifax

## Personal Information



3/24/24, 4:51 PM    Your Credit Health | Credit Karma



View report from

Mar 24, 2024    ⌄

## CHARLINE C OCHAR

**635**
Calculated using VantageScore 3.0
Provided by Equifax

## Personal Information

**NAMES REPORTED**

CHARLINE C OCHAR

CHARLINE C DALMEIDA

**EMPLOYMENT INFO**

GRASSROOTS TEAM LLC

**ADDRESSES REPORTED**

📍  928 MANOR RD
ALEXANDRIA, VA
22305

📍  6496 KING LOUIS DR APT 203
ALEXANDRIA, VA
22312

📍  505 SPECTATOR AVE
HYATTSVILLE, MD
20785

📍  1919 3RD ST NW
WASHINGTON,
20001


Today


Credit


Cards


Loans


Money

**FreddieMac**                                    ⊗ Loan Product Advisor® Feedback Certificate

## Assessment Summary

| | | |
|---|---|---|
| BORROWER NAME | NUMBER OF SUBMISSIONS | LP KEY NUMBER |
| WILSON OKONDO OCHAR | 1 | F7607574 |

| Assessment Summary | RISK CLASS | Representation & Warranty Relief | | |
|---|---|---|---|---|
| PURCHASE ELIGIBILITY | | COLLATERAL R&W* RELIEF | INCOME R&W* RELIEF | ASSET R&W* RELIEF |
| ⛨ ELIGIBLE | ⛨ CAUTION | ⛨ NOT ELIGIBLE    N/A | ⛨ NOT ELIGIBLE | ⛨ NOT ELIGIBLE |

## Loan Details

| | | | |
|---|---|---|---|
| BORROWER NAME | APPRAISAL IDENTIFIER | LENDER LOAN NUMBER | MORTGAGE TYPE |
| WILSON OKONDO OCHAR 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 | N/A | 6000509809 | Conventional |

| | |
|---|---|
| PROPERTY ADDRESS | DOCUMENTATION LEVEL |
| ALEXANDRIA, VA 22305 | Standard |

## Loan-to-Value Ratios

| LTV | TLTV | HTLTV |
|---|---|---|
| 80.00% | 80.00% | 80.00% |

## Qualifying Ratios

| PROPOSED HOUSING (PITI) | PRESENT HOUSING EXPENSE | TOTAL MONTHLY INCOME | TOTAL MONTHLY DEBT | MAX MORTGAGE LIMIT |
|---|---|---|---|---|
| $3,213.27 | $1,200.00 | $12,916.67 | $3,689.27 | N/A |

| HOUSING RATIO | DEBT RATIO | OCCUPANT HOUSING RATIO | OCCUPANT DEBT RATIO |
|---|---|---|---|
| 25% | 29% | 25% | 29% |

## Credit Report Information

| SELECTED BORROWER | SELECTED REPOSITORY | INDICATOR SCORE | CREDIT REORDERED | CREDIT REACCESSED |
|---|---|---|---|---|
| WILSON OCHAR | Experian | 643 | | WILSON OKONDO |

| BORROWER | REPOSITORY AND CREDIT SCORE | | | CREDIT REFERENCE |
|---|---|---|---|---|
| WILSON OKONDO OCHAR | Experian 643 | TransUnion 650 | Equifax 630 | 724078135500036 |

## Mortgage Details

| PRODUCT TYPE | AMORTIZATION TYPE | AMORTIZATION MONTHS | LOAN AMOUNT | INTEREST RATE |
|---|---|---|---|---|
| Adjustable Rate Mortgage | Adjustable Rate | 360 | $400,000.00 | 6.5000% |

| LOAN PURPOSE | PURCHASE PRICE | ESTIMATED PROPERTY VALUE | APPRAISED PROPERTY VALUE | NUMBER OF UNITS |
|---|---|---|---|---|
| Purchase | $500,000.00 | $500,000.00 | N/A | 1 |

| PROPERTY TYPE | OCCUPANCY | REFINANCE TYPE | CASHOUT AMOUNT | NEW CONSTRUCTION |
|---|---|---|---|---|
| Site Built Attached | Primary Residence | N/A | N/A | N/A |

| OFFERING IDENTIFIER | INTEREST RATE BUYDOWN | SALES CONCESSIONS | ARM QUALIFYING RATE | ARM QUALIFYING PITI |
|---|---|---|---|---|
| N/A | No | N/A | 6.500% | $3,213.28 |

| AFFORDABLE SECOND | SECONDARY FINANCING | HELOC BALANCE | HELOC LIMIT AMOUNT | LENDER SUBMITTED RESERVES |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | $0.00 |

| TOTAL ELIGIBLE ASSET | TOTAL FUNDS TO BE VERIFIED | THIRD PARTY ASSET VALIDATION |
|---|---|---|
| $5,000.00 | $111,108.06 | N/A |

▽       ▲       ▽

| REQUIRED BORROWER FUNDS | + | REQUIRED RESERVES | + | PAID DOWN DEBTS | + | PAID OFF DEBTS |
|---|---|---|---|---|---|---|
| $111,108.06 | | $0.00 | | $0.00 | | $0.00 |

## Transaction Details

| AUS STATUS | LOAN PROCESSING STAGE | ASSESSMENT EXP DATE | ASSESSMENT TYPE | LPA VERSION |
|---|---|---|---|---|
| Complete | Application | 2024-07-16 | Credit | 5.2.00 |

| LOAN PRODUCT ADVISOR ID | TRANSACTION ID | AUS TRANSACTION NUMBER | DATE/TIME REQUESTED | DATE/TIME ASSESSED |
|---|---|---|---|---|
| 92510197 | 2137691352 | 34933904 | 2024-03-19T05:12:25Z | 2024-03-19T05:12:29Z |

| SELLER NUMBER | BROKER NUMBER | CORRESPONDENT NUMBER | MSP NUMBER |
|---|---|---|---|
| 124236 | N/A | N/A | N/A |

| ORIGINATING COMPANY | SUBMITTING COMPANY |
|---|---|
| Apple Federal Credit Union | Apple Federal Credit Union |

## Message Summary 45

| PURCHASE RESTRICTION MESSAGES | DATA QUALITY AND SYSTEM MESSAGES | AFFORDABLE LENDING AND ACCESS TO CREDIT MESSAGES | EMPLOYMENT AND INCOME MESSAGES | ASSETS AND RESERVES MESSAGES | CREDIT AND LIABILITIES MESSAGES | PROPERTY AND APPRAISAL MESSAGES | GENERAL MESSAGES | MORTGAGE INSURANCE MESSAGES |
|---|---|---|---|---|---|---|---|---|
| 0 | 0 | 3 | 6 | 9 | 11 | 9 | 7 | 0 |
| RESULTS | RESULTS | RESULTS | RESULTS | RESULTS | RESULTS | RESULTS | RESULTS | RESULTS |

## Affordable Lending and Access To Credit Messages

| CODE | MESSAGE |
|---|---|
| FAL0046 | The loan application data shows a first-time homebuyer. |
| FAL0045 | This loan may meet certain eligibility criteria as outlined in Guide Exhibit 19A Credit Fee Cap Eligibility Criteria. |
| FAL0011 | The area median income (AMI) is $150,400.00 for the address submitted. The submitted annual qualifying income of $155,000.04 is 103.06% of the AMI. |

## Employment and Income Messages

| CODE | MESSAGE |
|---|---|
| FEI0029 | The loan is not eligible for income representation and warranty relief. |
| FEI0012 | Unable to retrieve an income report for WILSON OKONDO OCHAR as Equifax was not able to locate a report associated with the Social Security number. |
| FEI0031 | Caution loans are not eligible for income representation and warranty relief. |
| FEI0034 | WILSON O OCHAR is required to sign IRS Form 4506 no later than the Note Date. The form must be retained in the loan file. |
| FEI0068 | File must contain verification of current existence of each business through a third-party source for WILSON O OCHAR dated no more than 120 days prior to the Note Date or after the Note Date but prior to the Delivery Date. |
| FEI0070 | Self-employed income for WILSON O OCHAR must be supported by complete signed federal individual and business tax returns. If the business has been in existence five years or more, provide individual and business tax returns for the most recent year. If the business has been in existence for less than five years, provide individual and business tax returns for the most recent two years. The file must also contain Freddie Mac Form 91 or equivalent. |

## Assets and Reserves Messages

| CODE | MESSAGE |
|------|---------|
| FAR0050 | The loan is not eligible for asset representation and warranty relief. |
| FAR0059 | Caution loans are not eligible for asset representation and warranty relief. |
| FAR0081 | Document the source of any single deposit in borrower accounts that exceeds $6,458.34, which is 50% of the total monthly qualifying income amount. Reduce the total asset by any amount that is not verified and resubmit. |
| FAR0008 | The borrower's total eligible assets are less than the total required funds calculated by Loan Product Advisor. Verify sufficient assets from eligible sources of funds to close the mortgage transaction. |
| FAR0121 | The total funds to be verified are no less than $111,108.06. This amount includes required Borrower Funds ($111,108.06), required reserves ($0.00), any debts to be paid off at or before closing ($0.00) and any debts to be paid down at or before closing ($0.00). |
| FAR0013 | The following asset(s) total $5,000.00 and are eligible sources of funds: Checking: $5,000.00. |
| FAR0124 | Required Borrower Funds are calculated as $111,108.06 based on information submitted: purchase price ($500,000.00) + alterations, improvements and repairs ($0.00) - loan amount ($400,000.00) + transaction costs ($11,108.06) - proceeds from subordinate financing ($0.00). |
| FAR0083 | Reserves may strengthen loan quality. |
| FAR0110 | Loan was submitted with $5,000.00 in depository accounts. For each account (checking, savings, money market, CDs and other depository accounts) used to qualify the borrower, obtain account statement(s) covering a 2-month period or a direct account verification. |

## Credit and Liabilities Messages

| CODE | MESSAGE |
|------|---------|
| FCL0181 | Caution Factor: Credit Inquiries. Based on the credit report(s), credit inquiries impacted the risk class. |
| FCL0374 | Caution Factor: Loan-To-Value/Total Loan-To-Value. Based on the application, the LTV/TLTV impacted the risk class. |
| FCL0147 | Caution Factor: Self-employed borrower. Based on the application, WILSON OKONDO OCHAR is self-employed. |
| FCL0375 | Caution Factor: Utilization of credit. Based on the credit report(s), utilization of credit impacted the risk class. |
| FCL0342 | Credit report for WILSON OCHAR reflects at least 1 creditor inquiry within the previous 90 days. If additional credit was granted, obtain verification of debt and include the payment in the monthly debt ratio. |
| FCL0014 | The Seller must assess the borrower's ability to pay the monthly housing expense and other obligations and determine if the monthly housing expense-to-income and total debt payment-to-income ratios meet Freddie Mac requirements. |
| FCL0334 | Verification of borrower housing payment histories for the past year is required in accordance with Guide Section 5202.2(b). |
| FCL0325 | The following debt(s) was omitted from the debt-to-income (DTI) ratio due to 10 months or fewer payments remaining. Confirm the number of months remaining, and if the payment will continue for more than 10 months, resubmit the loan to Loan Product Advisor: Installment, Bal: $699.00, Pymt: $185.00, Rem mos: 4. |
| FCL0259 | 643 is the Loan Product Advisor Indicator Score from TRW (Experian) for WILSON OCHAR. |
| FCL0003 | The Credit Scores for WILSON OCHAR are TRW (Experian) 643, Equifax 630, Trans Union 650. The Underwriting Score is TRW (Experian) 643. |
| FCL0015 | The Seller must determine that each borrower individually and all borrowers collectively have acceptable credit reputations. |

## Property and Appraisal Messages

| CODE | MESSAGE |
|------|---------|
| FPA0014 | Loan is not eligible for collateral representation and warranty relief based on the overall assessment of loan and collateral risk, including appraisal quality, collateral quality and loan characteristics. |
| FPA0037 | The Appraisal Identifier must be provided in order to be eligible for collateral representation and warranty relief. |
| FPA0072 | 1,149,825.00 is the maximum loan limit allowed for a 1-unit property located in ALEXANDRIA CITY County, VA. |
| FPA0082 | Unable to match address entered. Please confirm accuracy and resubmit if necessary. |
| FPA0146 | A Uniform Residential Appraisal Report desktop appraisal (Form 70D) is the minimum assessment required. |
| FPA0133 | Loan is not eligible for an appraisal waiver because it does not meet proprietary guidelines. |
| FPA0117 | Loan is not eligible for an appraisal waiver because the address could not be standardized. |
| FPA0119 | Loan is not eligible for an appraisal waiver because the risk class must be an Accept. |
| FPA0093 | Review for Accuracy: The street name could not be found for the Zip Code provided. |

General Messages

| CODE | MESSAGE |
|------|---------|
| FGM0048 | Assessment Expiration Date for this loan is 07/16/2024. |
| FGM0020 | Loan Product Advisor Assessment Expiration Date for WILSON OCHAR is 07/16/2024. |
| FGM0078 | Review Investment Quality: CAUTION risk class is a strong indication of excessive layering of risk and investment quality is unlikely. |
| FGM0009 | The Proposed Monthly Housing Expense includes Homeowner's Association (HOA) dues greater than zero; however, the subject property is not submitted as a unit in a Planned Unit Development (PUD) or Condominium or Cooperative Project. Review for accuracy. |
| FGM0072 | The Seller must determine if an ARM with an Initial Period of 7 or 10 years is a higher priced covered transaction as defined in Regulation Z, 12 C.F.R. 1026.43(b)(HPCT). If the ARM is an HPCT with an Application Received Date on or after 1/10/14 the Borrower must be qualified at the greater of the Note Rate or the fully-indexed rate; the greater of the Note Rate or the fully-indexed rate must be entered in the 'Qualifying Rate' field. |
| FGM0149 | , ALEXANDRIA, VA, 22305 is in a designated high-cost area. |
| FGM0143 | This Feedback Certificate (i) is not a consumer report; (ii) does not constitute an approval or denial by Loan Product Advisor or Freddie Mac of any consumer loan application; (iii) may only be shared or distributed by the Loan Product Advisor licensee, including the Seller/Servicer, as permitted in Freddie Mac Single-Family Seller/Servicer Guide Sections 2401.1 and 2402.3. |

\* Representation and Warranty

©2024 Freddie Mac

 Gmail                                                                    Willie Wily <wilson.ochar@gmail.com>

---

## AppleFCU Mortgage Preapproval - ITEMS NEEDED - Wilson and Charline

Zhenni Wu <zwu@applefcu.org>                                                                    Mon, Dec 19, 2
To: Willie Wily <wilson.ochar@gmail.com>

Hi Wilson,

I just looked into this scenario for you. Your debt to income ratio held up well with this home, however a large down payment of at least 10% is needed. With that down payment and closing cost, at roughly $40,000+. If you have these funds, please provide statements to support it and we can potentially move forward.

Sincerely,

Zhenni Wu

Mortgage Loan Originator

NMLS ID # 910371

Apple Federal Credit Union

**To apply or learn more about me,**

**click here: www.applefcu.org/zwu**

Improving lives. Fulfilling dreams.

703-766-8863 – Office

703-766-8863 – Fax

703-788-4800 -- AppleFCU Hotline

zwu@applefcu.org

**Receive hundreds to thousands of dollars on your next real estate transaction by using our HomeAdvantage Program!** Ask me how.

**ALWAYS CALL THE TITLE COMPANY TO VERIFY WIRE INSTRUCTIONS BEFORE SENDING FUNDS!** Instances of wire fraud are on the rise. Please note FCU will not change its wiring instructions, nor do we accept changes to a member's wiring instructions via email/fax. To verify funding instructions, call yc officer using contact information found from another source (e.g., sales contract or internet) to confirm legitimacy. **We are not responsible for any fund: you to an incorrect account.**

From: Willie Wily <wilson.ochar@gmail.com>
Sent: Saturday, December 17, 2022 9:50 AM
To: Zhenni Wu <zwu@applefcu.org>
Subject: Re: AppleFCU Mortgage Preapproval - ITEMS NEEDED - Wilson and Charline

Hi,

[Quoted text hidden]

 Gmail

Willie Wily <wilson.ochar@gmail.com>

## Kind Request for Mortgage Pre Approval

Zhenni Wu <zwu@applefcu.org>                                                    Tue, Mar 19, 2
To: Willie Wily <wilson.ochar@gmail.com>

Hi Willie,

Thank you so much for taking the time to explain this to me. It breaks my heart because I wish I am the one that can make decision around here and make your dreams come true. I have tried dif
scenarios here trying to make this work, even working in a 20% down payment but we are still not getting an underwriting approval. Even though a lot of these delinquencies are from the past but
harming your credit, sometimes it takes 7-10 years for it to drop off. I remember from our conversation earlier that you do not understand why credit cards are suggested to you and I would like to
importance of it. Having 1 or 2 credit cards is a way for you to communicate with the credit bureaus, if you use it and make on time payment...your credit score will improve. This can be pretty dra
recommend that you apply for 1 or 2 credit cards to get on a road of recovery. Make sure to pay on time and do not max it out every month, keep it at 30% below the line of credit. I would love for
back at 4-6 months once you begin using credit cards again. Please do not get discouraged. This is just the first step! You applied and I'm here to help prepare you for a future home. I know we w
soon!



[Quoted text hidden]





M Gmail

Willie Wily <wilson.ochar@gmail.com>

## Apple FCU Mortgage Denial Letter - Wilson Ochar

Todd Fox <cfox@applefcu.org>
To: Willie Wily <wilson.ochar@gmail.com>

Thu, Mar 21, 2

Hello,

Our mortgage loans are conventional.  We do not offer FHA loan types.

One of our underwriters did review your loan request, the denial letter was provided by Gail Gardinier.  On page 3 of the denial letter, you will see her name.  On page 1, you will see that your app for a "conventional loan".

If you are looking for an FHA loan product, I can recommend Credit Union Mortgage Association (CUMA).  https://cumortgage.net/credit-unions/who-we-serve/

I hope this is helpful to you.

[Quoted text hidden]





4/4/24, 12:34 PM                                          Gmail - Apple FCU Mortgage Denial Letter - Wilson Ochar

# ᴍ Gmail                                                                        Willie Wily <wilson.ochar@gmail.com>

## Apple FCU Mortgage Denial Letter - Wilson Ochar

**Todd Fox <cfox@applefcu.org>**                                                              Mon, Mar 25, 2(
To: Willie Wily <wilson.ochar@gmail.com>

Hi Mr. Ochar,

We can't use a projected income for the year, so we used the tax returns provided for your self-employment.  We calculated a little more than $33,000, we have $38,707 annual ($3,234.00 month income for you.

The area median income is not used for debt ratio calculation.  A debt ratio is calculated by your monthly obligations (including a new mortgage payment) divided by your monthly income.

The area median income helps with qualifying for a down payment assistance program (DPA).

Using a purchase of $350,000 and a loan amount of $339,500 (3% down payment), the total estimated mortgage payment = $3,298.00.  So, the debt-to-income ratio (DTI) is 102% and when add current monthly obligations ($661 for the auto loan + personal loan), the combined DTI = 122%.

The max DTI allowed per Freddie Mac guidelines = 45% when putting 3% down.  Mortgage payment $3,298 + $661 (current monthly obligations) = $3,959 / $3,234 (income) = 1.22 or 1

The funds needed to close would have to be verified by a current asset account balance.  We aren't able to verify cash on hand.

In order for reconsideration, we would need new information showing more income and more assets.  At this time, your debt ratios are too high and the funds to close aren't enough for us to prov approval letter.

[Quoted text hidden]





Case 1:24-cv-00757-CMH-WBP    Document 1-1    Filed 05/06/24    Page 30 of 33 PageID# 33

M Gmail                                                                    Willie Wily <wilson.ochar@gmail.com>

**Apple FCU Mortgage Denial Letter – Wilson Ochar**

Todd Fox <cfox@applefcu.org>                                                            Thu, Apr 4, 2
To: Willie Wily <wilson.ochar@gmail.com>

Hello,

We aren't able to use a foreign bank account. The funds would need to be converted to US dollars in order for us to accept it. In addition to this, we do not have enough income from your tax ret
debt ratio is too high for approval at this time.

There is no change to the pre-approval status, we are unable to approve your request at this time.

[Quoted text hidden]





credit score and debt to income ratio requirements for conventional loans are about the same or if not, they are not too far from the FHA Loan requirements I believe if proper investigation is done at this institution, it will show there are other borrowers from other races with credit scores less than 700 and less income than us that have mortgages from Apple FCU therefore I don't seem to understand why I am being discriminated against.

https://www.huduser.gov/portal/datasets/il/il2022/2022sum_mtsp.odn

Please kindly help me file a report against Apple Federal Credit Union so that this pattern of behavior of discriminating minorities and people of color can come to an end. I can imagine how many other applicants have been denied mortgages through this oversight and misassessment from the loan officer. I have a feeling if an audit is conducted at their firm it will reveal all the affected borrowers and it won[t surprise me if all the victims will be people of color.

Please let me know what they say about this. Thank you very much.

Wilson Ochar
703-795-6182

SPS

**VIRGINIA:**

## IN THE CIRCUIT COURT OF FAIRFAX COUNTY

### PROOF OF SERVICE

**Wilson Ochar**
    **Plaintiff**

**VS**

**Apple Federal Credit Union**
    **Defendant**

**CL-2024-0005466**
**Doc type:  Complaint & Summons**
**Serve: Apple Federal Credit Union**

STATE OF ___VIRGINIA___

CITY/COUNTY OF ___FAIRFAX___, to wit:

This day _OLGA FLANAGAN 11325 RANDOM HILLS RD, #360, FAIRFAX, VA 22030 PH:571-552-6360_

personally appeared before the undersigned Notary Public in and for the City/County and State

aforesaid, and, having been first duly sworn according to law, deposes and states as follows:  that

he/she is not a party to, or otherwise interested in, the subject matter in controversy in the within

cause, that he/she is over the age of 18 years; that on the _16th_ day of _April_, 20_24_, at

_1:26_ o'clock _p_ m. he/she served the within Complaint, in person, on the Defendant

_Apple Federal Credit Union_ at _9701 Main St, Fairfax, VA 22031_

_(RECEIVED by Byron (Del Pozo assistant Branch Manager)_

_____ and the Defendant is / is not a

resident of the State of Virginia.

          _Olga D. Flanagan_      _PRIVATE INVESTIGATOR_
                AFFIANT               TITLE

Subscribed and sworn to before me in my City/County and State aforesaid, this

_16th_ day of _April_, 20_24_.

_Silvia R. Zuniga_       Notary ID #: _7516955_
    NOTARY PUBLIC

A COPY TESTE:
CHRISTOPHER J. FALCON, CLERK   My Commission Expires: _12/31/24_

BY: _Anne Santos Gande_
       Deputy Clerk

Date: _5/3/2024_
Original retained in the office of
the Clerk of the Circuit Court of
Fairfax County, Virginia

SILVIA LORRAINE ZUNIGA
NOTARY PUBLIC
REGISTRATION # 7516955
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
DECEMBER 31, 2024