**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| WILSON OCHAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-00757 (CMH/WBP) |
| | ) | |
| APPLE FEDERAL CREDIT UNION, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Plaintiff's Motion for Sanctions. ("Motion"; ECF No. 62.) On September 3, 2024, the Court granted Defendant's Motion to Dismiss and dismissed the case with prejudice. (ECF No. 61.) Given that the case is closed, it is hereby

ORDERED that the Motion is denied as moot.

Entered this 12th day of September 2024.

_____
William B. Porter
United States Magistrate Judge

Alexandria, Virginia